FIRST NATIONAL TRUST ASSOCIATION *v.*
ANDREW DARUKA ET AL.

The defendant Ann Daruka's petition for certification for appeal from the Appellate Court, 29 Conn. App. 913 (AC 11006), is denied.

*Noel R. Newman,* in support of the petition.

*Stephen R. Griffin,* in opposition.

Decided January 21, 1993

LOIS SCHALLENKAMP *v.* LAWRENCE DELPONTE,
COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 29 Conn. App. 576 (AC 10697), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that there was substantial evidence in the record to support the finding that the arresting officer was certified to administer the breathalyzer tests?"

The Supreme Court docket number is SC 14678.

*Francis S. Holbrook,* in support of the petition.

*Kathryn Mobley,* assistant attorney general, in opposition.

Decided January 21, 1993